**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**J. SCOTT BEBRY,**

              **Plaintiff,**              20-cv-750 (JGK)

    - against -                      <u>ORDER</u>

**MORA MANAGEMENT CORP.,**

              **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff is required to serve the summons and complaint on the defendant within 90 days. <u>See</u> Fed. R. Civ. P. 4(m). If the plaintiff fails to do so, this case will be dismissed without prejudice.

**SO ORDERED.**

**Dated:    New York, New York**
           **April 23, 2020**          __/s/ John G. Koeltl_____
                                                **John G. Koeltl**
                                  **United States District Judge**