**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

J. SCOTT BEBRY,

               Plaintiff,         20-cv-750 (JGK)

    - against -                <u>ORDER</u>

MORA MANAGEMENT CORP.,

               Defendant.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiffs should file a proposed Order to Show Cause for a default judgment by July 10, 2020 or the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:    New York, New York**
           **June 24, 2020**               /s/ John G. Koeltl
                                               **John G. Koeltl**
                                    **United States District Judge**