```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

J. SCOTT BEBRY,

                Plaintiff,          20-cv-750 (JGK)

     - against -              <u>ORDER</u>

MORA MANAGEMENT CORP.,

                Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties should file a Rule 26(f) report by August 28, 2020.

**SO ORDERED.**

**Dated:    New York, New York**
           **August 13, 2020**              /s/ John G. Koeltl
                                           **John G. Koeltl**
                                **United States District Judge**